The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

MANUEL GARCIA HERNANDEZ,

Defendant.

NO. CR26-020 RSM

ACCEPTANCE OF PLEA OF
GUILTY, ADJUDICATION
OF GUILT AND NOTICE
OF SENTENCING

This Court, having considered the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, and subject to consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11, hereby accepts the plea of guilty of the defendant to the lesser-included offense of the charge contained in Count 1 (*Conspiracy to Possess with Intent to Distribute Heroin*, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846) of the Indictment, and the defendant is adjudged guilty of such offense. All parties shall appear before this Court for sentencing as directed.

//

//

//

Acceptance of Plea of Guilty - 1
*United States v. Manuel Garcia Hernandez, CR26-020 RSM*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS SO ORDERED this __20th__ day of March, 2026.

HON. RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Acceptance of Plea of Guilty - 2
*United States v. Manuel Garcia Hernandez, CR26-020 RSM*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970