UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　v.<br><br>MANUEL GARCIA HERNANDEZ,<br>　　　　Defendant. | NO.　CR26-020 RSM<br><br>NOTICE OF COUNSEL'S CHANGE OF ADDRESS |

Notice is given that counsel for Manuel Garcia Hernandez has changed his office address to:

GEISNESS LAW FIRM
Peter Geisness
2217 NW Market Street, Ste. 21
Seattle, WA 98107

Dated this 21st day of May, 2026.

_____
Peter Geisness, WSBA # 30897
Attorney for Defendant

NOTICE OF ADDRESS CHANGE
*United States v. Manuel Garcia Hernandez,* CR26-020 RSM
Page - 1

THE GEISNESS LAW FIRM
Peter Geisness
2217 NW Market Street, Ste. 21
Seattle, WA 98107
(206) 455 – 4689
peter@geisnesslaw.com